THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
  v.
 Candy Dianne Harrison, Appellant.
 
 
 

Appeal from Spartanburg County
Roger L. Couch, Circuit Court Judge
Unpublished Opinion No. 2007-UP-235
Submitted May 1, 2007  Filed May 15, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Candy Dianne Harrison pled guilty to petty larceny, third offense, and burglary, second degree, nonviolent.  She was sentenced to seven years, suspended to service of two years and three years probation, concurrent on both charges.  Harrisons appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no direct appeal issues of arguable merit.  Harrison did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.